IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00473-MSK-01

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

JELISSA WIMBERLY,

   Defendant.

---

**ORDER EXTENDING RESIDENTIAL REENTRY CENTER PLACEMENT**

---

  THIS MATTER comes before the Court upon request by the probation officer to extend the defendant's stay at Independence House Residential Reentry Center (RRC). The defendant's current placement is due to expire on June 22, 2010. She currently has no release plan. A probation violation hearing is scheduled for July 12, 2010. Assistant United States Attorney Tim Neff, Assistant Federal Public Defender Edward Harris, and the defendant concur that defendant should continue to remain at the RRC pending the outcome of her probation violation hearing. The Court, having been advised of the facts and premises of the above case, hereby

  ORDERS that the defendant continue to reside at Independence House Residential Reentry Center pending the outcome of the probation violation hearing.

  DATED this 22nd day of June, 2010.

          **BY THE COURT:**

         */s/ Marcia S. Krieger*
         _____

         Marcia S. Krieger
         United States District Judge